AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| James H. Davis <br> *Plaintiff* <br> v. <br> J. Ranch, NCPD Officer #192, North Charleston Policy Dep, Herbies Towing of North Charleston SC <br> *Defendant* | ) ) ) Civil Action No.    2:13-cv-1646-RBH ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___

_____ recover costs from the plaintiff *(name)* _____.

■  other: This case is dismissed without issuance and service of process.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.


■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   November 26, 2013                           *CLERK OF COURT*

                                                    s/Debbie Stokes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*